IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SKIPPY CHARLES RUTKOWSKI,

     Petitioner,                   No. CIV S-07-0979 LKK JFM P

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

     Respondents.             <u>ORDER</u>

           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

           On February 7, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations, although it appears that he was effectively served with them.

           The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

1 ORDERED that:

2     1. The findings and recommendations filed February 7, 2008, are adopted in full;

3 and

4     2. This action is dismissed for petitioner's failure to keep the court apprised of

5 his current address. See Local Rules 83-182(f) and 11-110 (E.D. Cal.).

6 DATED: April 15, 2008
/rutk0979.800

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT